```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
WILFREDO HERNANDEZ,                      12 CIV 795 (DLI) (CLP)

                Plaintiff,
                                     :   STIPULATION
        - against -

TRUMP VILLAGE SECTION 4, INC.,
                                     :

                Defendant.
- - - - - - - - - - - - - - - - - x
```

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, that Defendant's motion to set aside default (Civil Docket Numbers 11-13) is hereby resolved as follows: (1) the default of June 5, 2012 is set aside; (2) Plaintiff may file an Amended Complaint on or before August 3, 2012; (3) Defendant may file an Answer to the Amended Complaint on or before September 3, 2012; and (4) a facsimile signature on this Stipulation, or electronic transmission of this Stipulation bearing a handwritten signature, shall have the same force and effect as an original signature

Dated:   New York, New York
         July 2, 2012

```
Norris McLaughlin & Marcus PA    GOLDBERG & FLIEGEL LLP
By: _____     By: _____
     David E. Cassidy                 Kenneth A. Goldberg
Attorneys for Defendant          Attorneys for Plaintiff
875 Third Avenue, 8th Floor      60 East 42nd Street, #3520
New York, New York 10022         New York, New York 10165
(212) 808-0700                   (212) 983-1077
dcassidy@nmmlaw.com              kgldbrg@aol.com
```

So Ordered:_____, U.S.M.J.