```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
WILFREDO HERNANDEZ,              :   12 CIV 795 (DLI) (CLP)
                                 :
              Plaintiff,         :   STIPULATION
                                 :
      - against -                :
                                 :
TRUMP VILLAGE SECTION 4, INC.,   :
                                 :
              Defendant.         :
- - - - - - - - - - - - - - - - x
```

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, that Defendant's motion to set aside default (Civil Docket Numbers 11-13) is hereby resolved as follows: (1) the default of June 5, 2012 is set aside; (2) Plaintiff may file an Amended Complaint on or before August 3, 2012; (3) Defendant may file an Answer to the Amended Complaint on or before September 3, 2012; and (4) a facsimile signature on this Stipulation, or electronic transmission of this Stipulation bearing a handwritten signature, shall have the same force and effect as an original signature.

Dated:    New York, New York
            July 2, 2012

| MORRIS DUFFY ALONSO & MARCUS PA | GOLDBERG & FLIEGEL LLP |
|---|---|
| By: /s/ David E. Cassidy | By: /s/ Kenneth A. Goldberg |
| David E. Cassidy | Kenneth A. Goldberg |
| Attorneys for Defendant | Attorneys for Plaintiff |
| 875 Third Avenue, 8th Floor | 60 East 42nd Street, #3520 |
| New York, New York 10022 | New York, New York 10165 |
| (212) 808-0700 | (212) 983-1077 |
| dcassidy@nmmlaw.com | kgldbrg@aol.com |

So Ordered: _____, U.S.M.J.

7/9/12